1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Steven G. Madison  (Bar No. 101006)
2      stevemadison@quinnemanuel.com
3   865 S. Figueroa St., 10th Floor
    Los Angeles, California  90017
4   Telephone:     (213) 443-3000
    Facsimile:     (213) 443-3100
5
      John M. Potter (Bar No. 165842)
6     johnpotter@quinnemanuel.com
      Nicole Y. Altman (Bar No. 279397)
7     nicolealtman@quinnemanuel.com
8   50 California St., 22nd Floor
    San Francisco, California 94111
9   Telephone:     (415) 875-6600
    Facsimile:     (415) 875-6700
10
11  Attorneys for Ayman Shahid

12

13                      UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 14-CR-271-YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE** |
| vs. | |
| AYMAN SHAHID, | |
| Defendant. | |

**STIPULATION RESETTING STATUS CONFERENCE**

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their

2  undersigned attorneys, that the status conference scheduled for October 31, 2014, is hereby

3  continued to November 20, 2014, at 3:00 p.m.

4

5  DATED:  November 4, 2014                QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
6

7

8                                          By _____
                                              Steven G. Madison
9                                             John M. Potter
                                              Nicole Y. Altman
10                                            Attorneys for Defendant Ayman Shahid

11

12

13  DATED:  November 4, 2014                MELINDA HAAG
                                           United States Attorney
14

15                                         By _____
                                              JOHN H. HEMANN
16                                            Assistant United States Attorneys

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:  November _4_, 2014

20

21                                         _____

22                                         THE HON. YVONNE GONZALEZ ROGERS
                                           United States District Court Judge
23

24

25

26

27

28

                                    STIPULATION RESETTING STATUS CONFERENCE