# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

COURT USE ONLY
DUE DATE:

Clear Form

**1a. CONTACT PERSON FOR THIS ORDER:** Jana L. Contreras
**2a. CONTACT PHONE NUMBER:** (925) 935-9400
**3. CONTACT EMAIL ADDRESS:** jana.contreras@msrlegal.com

**1b. ATTORNEY NAME (if different):** Jana L. Contreras
**2b. ATTORNEY PHONE NUMBER:** (925) 935-9400
**3. ATTORNEY EMAIL ADDRESS:** jana.contreras@msrlegal.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** Jana L. Contreras, Miller Starr Regalia, 1331 N. California Blvd., Fifth Floor, Walnut Creek, CA 94596

**5. CASE NAME:** US v. Ayman Shahid

**6. CASE NUMBER:** 4:14-cr-00271-YGR

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→** ☐ FTR
Diane Skillman

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☑ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/2017 | YGR | Sen | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**11. SIGNATURE** — *(signature)*

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**12. DATE:** 03/17/2017

**DISTRIBUTION:**  ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY