IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 16 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs )<br>)<br>AYMAN SHAHID )<br>Defendant. ) | Case no. 14-cr-0271-1-YGR<br><br><br>ORDER FOR<br>VOLUNTARY SURRENDER |

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

(1) A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant shall immediately report to the United States Marshal's Office, Room 150C, 1301 Clay Street, Oakland, for further instructions, which Defendant shall follow precisely.

(3) As Notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or **before 12:00 p.m. on May 12, 2017. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by 12:00 p.m. on the surrender date.**

(4) Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

FAILURE TO APPEAR as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated:  3/16/2017

_____
Yvonne Gonzalez Rogers
United States District Court Judge

cc:   U.S. Marshal, AUSA, Defense Attorney, Probation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AYMAN SHAHID,<br><br>　　　　Defendant. | Case No.14-cr-00271-YGR-1<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/17/2017, I SERVED a true and correct copy(ies) of the Order for Voluntary Surrender dated 3/16/2017 attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

US Marshal Service
Oakland Office
1301 Clay St. Ste. 150C
Oakland CA 94612

Jessica Goldsberry
US Probation Office
1301 Clay Street. Ste. 220
Oakland, CA 94612

John Henry Hemann
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

John Mark Potter
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Somnath Raj Chatterjee
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Steven Geoffrey Madison
Quinn Emanuel Urquhart and Sullivan LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Carol Mendoza
Pretrial Services
1301 Clay Street Ste. #100C
Oakland CA 94612

Dated: 3/17/2017

Susan Y. Soong
Clerk, United States District Court

By: *Frances Stone*
Frances Stone, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS