UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 16, 2017   **Time:** 3:13pm-4:42pm   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 14-cr-00271-YGR-1   **Case Name:** UNITED STATES v. Ayman Shahid [present; on bond]

**Attorney for Plaintiff:** AUSA John Hemann
**Attorney for Defendant:** Steven Madison and James J. Brosnahan

**Deputy Clerk:** Frances Stone   **Court Reporter:** Diane Skillman
**Interpreter:** not needed   **Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

**SENTENCING-HELD**
In Summary:
Count 1 of Indictment- Defendant is committed to the custody of the Bureau of Prisons for a **term of 46 months.** Defendant placed on **Supervised Release for a term of 3 years**. A $100.00 Assessment is due immediately. Court imposes a Fine of $50,000.00 which is due immediately.
Government Motion to Dismiss remaining Counts 2-18 is GRANTED
Voluntary Surrender date is 5/12/2017 by 12:00pm.