UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>AYMAN SHAHID,<br><br>           Defendant. | Case No. 14-cr-00271-YGR-1<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   ( X)    Presentence Report

   (  )    Plea Agreement

   (  )    Other

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge