QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven G. Madison  (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

  John M. Potter (Bar No. 165842)
  johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

MORRISON & FOERSTER LLP
  James J. Brosnahan (Bar No. 34555)
  JBrosnahan@mofo.com
  Somnath Raj Chatterjee (Bar No. 177019)
  SChatterjee@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

Attorneys for Ayman Shahid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 14-CR-271-YGR |
| Plaintiff, | **NOTICE OF APPEAL OF AYMAN SHAHID** |
| vs. | |
| AYMAN SHAHID, | |
| Defendant. | |

///

Defendant Ayman Shahid hereby appeals his sentence in this case.

DATED: March 30, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____
Steven G. Madison
Attorney for Defendant Ayman Shahid