ANTOLIN AGARWAL & CHATTERJEE
S. Raj Chatterjee (CA Bar No. 177019)
RChatterjee@AACLegal.com
Antolin Agarwal & Chatterjee
2175 N. California Blvd., Ste. 775
Walnut Creek, CA 94596
Telephone: (415) 216-6779
Fax: (925) 239-4637

Monty Agarwal (CA Bar No. 191568)
magarwal@aaclegal.com
650 2nd Street, #605
San Francisco, CA 94107
Telephone: (415) 377-9356

Attorneys for Ayman Shahid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AYMAN SHAHID, <br><br> Defendant. | CASE NO. 14-CR-271-YGR <br><br> oRDER GRANTING **STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO EXONERATE BOND AND RECONVEY DEED OF TRUST** |

1    WHEREAS, on or about May 19, 2014, the Hon. Donna Ryu, Magistrate Judge, ordered Ayman Shahid released on bail, subject to certain conditions set forth in the Release Order (Dkt. No. 5), including an appearance bond of $500,000 secured by Mr. Shahid's residence, located at 922 Matadera Way in Danville, California.

WHEREAS, by an Order Regarding Proceeds From Sale of Residence and Purchase of New Residence dated October 1, 2015, Mr. Shahid's conditions of release were modified to permit him to establish residence in the Southern District of California and to record a new residence at 18172 Avenida Orilla, Rancho Santa Fe, California ("San Diego Property"), as security for his bond.

WHEREAS, Pursuant to that Order, on or about October 15, 2015, Fatima Shahid as the trustee of the pertinent trust recorded in San Diego County a Short Form Deed of Trust and Assignment of Rents Securing a Personal Surety Bond to the United States District Court ("Deed of Trust") to post the San Diego Property as security for Mr. Shahid's bond.

WHEREAS, this Court issued a Judgment in a Criminal Case as to Ayman Shahid on March 17, 2017;

WHEREAS, Mr. Shahid was ordered to and did surrender to the office of the US Marshal on May 12, 2017; and

WHEREAS, the necessity for the surety has passed.

THERERFOR, IT HIS HEREBY STIPULATED BY THE PARTIES by and through their counsel of record, as follows:

1. The surety bond posted as a condition of release of Mr. Shahid may be exonerated.
2. The Deed of Trust securing the personal surety bond recorded by Ms. Shahid may be reconveyed to the JHS Trust.
3. The Clerk of the Court may execute a reconveyance document, substantially similar to the Full Reconveyance attached hereto, to be provided by defense counsel to reconvey the Deed of Trust to the JHS Trust.  Defense counsel will be responsible for recording the reconveyance document.

| | |
|---|---|
| Dated: May 24, 2017 | ANTOLIN AGARWAL & CHATTERJEE, LLP |
| | By: /s/ S. Raj Chatterjee<br>S. Raj Chatterjee |
| Dated: May24, 2017 | UNITED STATES ATTORNEY |
| | By: /s/ John H. Hemann<br>John H. Hemann |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

| | |
|---|---|
| Dated: May 24 2017 | By: /s/ S. Raj Chatterjee<br>S. Raj Chatterjee |

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1. The surety bond provided as a condition of release of Mr. Shahid is hereby exonerated.
2. The Deed of Trust securing the personal surety bond recorded by Ms. Shahid shall be reconveyed to the JHS Trust.
3. The Clerk of the Court shall execute a reconveyance document, substantially similar to the Full Reconveyance attached hereto, and provide it to defense counsel to reconvey the Deed of Trust to the JHS Trust. Defense counsel will be responsible for recording the reconveyance document.

Dated: May 26, 2017

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Court Judge