# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AYMAN SHAHID,**<br><br>　　　　Defendant. | Case No.: 14-cr-271 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER; SETTING COMPLIANCE RE: RESPONSE** |

On May 8, 2018, this Court issued its Scheduling Order regarding defendant Ayman Shahid's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. section 2255. (Dkt. No. 119.) That Order required the United States of America ("the Government") to file and serve a response to that motion no later than July 9, 2018. To date, no response has been filed.

Therefore the Government and its counsel herein are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with this Court's Order. A hearing on this Order to Show Cause will be held on Friday, **August 3, 2018,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

The Government shall file a written response to this Order to Show Cause no later than **July 27, 2018**. Failure to file a written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

In addition, the Court **SETS** a compliance hearing for Friday, **August 3, 2018,** on the Court's 9:01a.m. No later than **July 27, 2018,** the Government shall file either its response to the Motion, or a one-page statement setting forth an explanation for its failure to do so and proposed schedule for completion of the briefing on the motion, preferably by stipulation.

**IT IS SO ORDERED**.

Date: July 18, 2018

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**