# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 14-cr-271 YGR |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| **AYMAN SHAHID,** | |
| Defendant. | |

The Court having reviewed the Government's response to the Order To Show Cause Re: Sanctions, the Order to Show Cause is **VACATED AND RECALLED**. The hearing set for August 3, 2018 is **VACATED**. No sanctions shall issue.

Based upon defense counsel's stipulation (Dkt. No. 122), indicating that he does not need additional time to respond to the Government's opposition filed July 19, 2018 (Dkt. No. 121), the briefing schedule will remain as previously set, that is defense counsel shall file his reply no later than August 23, 2018.

**IT IS SO ORDERED**.

Date: July 24, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**